UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

_____ Priority
✓ **Send**
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3
_____ Scan Only

Case No.   CV 02-05330 DDP (FMOx)                              Dated: May 5, 2004

Title:    IN RE SEEBEYOND TECHNOLOGY CORPORATION SECURITIES LITIGATION -v-
=========================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                              None Present
Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None                                            None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


    **COUNSEL ARE NOTIFIED** that on the Court's own motion the DEFENDANT
RAYMOND J. LANE'S MOTION TO DISMISS (FILED ON 2-23-04) and
DEFENDANT SEEBEYOND TECHNOLOGY CORPORATION, JAMES T.
DEMETRIADES AND BARRY J. PLAGA'S MOTION TO DISMISS AND/OR
MOTION TO STRIKE PORTIONS OF THE THIRD AMENDED CONSOLIDATED
CLASS ACTON COMPLAINT (FILED ON 2-23-04) are hereby continued from May
17, 2004 to June 7, 2004 at 10:00 a.m.  The REPLY is shall be filed NLT May 10,
2004.  Courtesy copies are **required** and shall be delivered to Room 244-J.



DOCKETED ON CM

MAY   7 2004

BY _____ 021

MINUTES FORM 11                              Initials of Deputy Clerk _____
CIVIL -- GEN