**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
KEITH M. FLEISCHMAN, ESQ.
FRANCIS P. KARAM, ESQ.
MARK T. MILLKEY, ESQ.
STEPHANIE M. BEIGE, ESQ.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218

Lead Counsel for Lead Plaintiff
and the Class

**GLANCY & BINKOW LLP**
LIONEL Z. GLANCY, ESQ.
PETER A. BINKOW, ESQ.
MICHAEL GOLDBERG, ESQ.
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Liaison Counsel for Lead Plaintiff
and the Class

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| IN RE SEEBEYOND TECHNOLOGIES CORPORATION SECURITIES LITIGATION | Case No. 02-CV-5330 (DDP)<br><br>[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES |
| This Document Relates To:<br><br>ALL ACTIONS | Date: December 13, 2004<br>Time: 10:00 a.m.<br>Place: Courtroom 3, Second Floor<br>Before: Hon. Dean D. Pregerson |

[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES
Master File No. 02-CV-5330 (DDP)

THIS MATTER having come before the Court on December 13, 2004, on the motion of Lead Plaintiff's counsel for an award of attorneys' fees and reimbursement of expenses incurred in this action, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement, dated September 14, 2004 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Plaintiff's counsel attorneys' fees of 25% of the Settlement Fund after the deduction of litigation expenses awarded herein. The Court hereby awards Lead Plaintiff's counsel reimbursement of litigation expenses in the amount of $88,000.00. The Court further awards interest on the fees and costs awarded herein for the same time period and at the same rate as that earned on the Settlement Fund

until paid. Lead Counsel shall allocate the fees and costs among Plaintiff's counsel, in good faith, based on a consideration of the relative contributions of Plaintiff's counsel to the prosecution and resolution of this action.

  4. The Court finds that an award of attorneys' fees of 25% of the Settlement Fund after deduction of litigation expenses is fair and reasonable and comports with the Ninth Circuit's "benchmark" fee under the "percentage-of-recovery" method. The Settlement was obtained solely through the extensive efforts of Lead Counsel. Lead Counsel diligently prosecuted this action for over two years with a substantial risk of no recovery for the Class and obtained an excellent result. Counsel has received no compensation during the two years of litigation and any fee award has always been at risk and completely contingent on the result achieved. The litigation was complex. It involved unique and substantial issues of law, including the uncertain interpretation and application of Fed. R. Civ. P. 9(b) to claims arising under the Securities Act of 1933, which were asserted in the alternative along with securities fraud claims under the Securities Exchange Act of 1934. In addition, the Action presented difficult questions of proof on such issues as liability and damages as well as a substantial risk of no recovery. Finally, no objections to the fee and expense request before the Court have been interposed by any members of the Class.

5. The awarded attorneys' fees and expenses shall be paid to Lead Counsel immediately after the date this Order is executed subject to the terms, conditions and obligations of the Stipulation and in particular ¶8 thereof, which terms conditions and obligations are incorporated herein.

IT IS SO ORDERED.

Dated: 12-17-04

The Honorable Dean D. Pregerson
United States District Judge

Submitted by:
**GLANCY & BINKOW LLP**
LIONEL Z. GLANCY, ESQ.
PETER A. BINKOW, ESQ.
MICHAEL GOLDBERG, ESQ.
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Liaison Counsel for Lead Plaintiff
and the Class

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
KEITH M. FLEISCHMAN, ESQ.
FRANCIS P. KARAM, ESQ.
MARK T. MILLKEY, ESQ.
STEPHANIE M. BEIGE, ESQ.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218

Lead Counsel for Lead Plaintiff
and the Class

---

[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES
Master File No. 02-CV-5330 (DDP)

3